# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

                        Plaintiff,

vs.

Jessica Marie Martinez-Lopez (1),

                        Defendant.

Case No. 19CR3770-GPC

JUDGMENT OF DISMISSAL

**FILED**

JAN 0 9 2020

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

☒   an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

☐   the Court has dismissed the case for unnecessary delay; or

☐   the Court has granted the motion of the Government for dismissal, without prejudice; or

☐   the Court has granted the motion of the defendant for a judgment of acquittal; or

☐   a jury has been waived, and the Court has found the defendant not guilty; or

☐   the jury has returned its verdict, finding the defendant not guilty;

☒   of the offense(s) as charged in the Indictment:

21:952,960 and 18:2 – Importation of Heroin and Cocaine and Aiding and Abetting

Dated:   1/7/2020

_____
Hon. Gonzalo P. Curiel
United States District Judge